UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
EVANGELIST MARK MCGRAW, SR
CLAUDIA JEAN MCGRAW
Debtors

CASE NO. 20-11245
CHAPTER 13

MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 USC 1329(a)

COMES now Debra L. Miller, Standing Chapter 13 Trustee herein, and moves the Court for an order modifying Debtors' Chapter 13 Plan, post confirmation, and in support thereof, states as follows:

1. Pursuant to the terms of the Confirmed Plan, Debtors are to make Plan increased payments of $983.94 per month effective with the December 2020 Plan payment.

2. The Plan is not properly funded to pay the claims per the Confirmed Plan as modified.

3. To properly fund, the Plan payment will increase to $1,274.00, beginning with the March 2021 payment, and continuing for the remainder of the Plan term. This increase will properly fund the Plan to pay per the terms as Confirmed.

4. All other terms remain the same.

Dated:    February 24, 2021

Respectfully Submitted,

/s/Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313